■ The People of the State of New York, Respondent, v Albert Cruz, Appellant. [51 NYS3d 410]—An appeal having been taken to this Court by the above-named appellant from judgments of the Supreme Court, New York County (Michael R. Sonberg, J.), rendered November 30, 2012, said appeal having

been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur— Richter, J.P., Andrias, Moskowitz, Feinman and Kapnick, JJ.